AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

UNITED STATES OF AMERICA )
v. )
) Case No. 0090 1:12CR00103-001
Kenneth Lewis )
)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Kenneth Lewis,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
See attached petition.

Date: 2/24/2021

City and State: Washington, DC

*Issuing Officer's Signature*

HAROLD SMITH, JR.  COURTROOM DEPUTY
*Printed Name and Title*

### Return

This warrant was received on *(date)* 06/25/21, and the person was arrested on *(date)* 06/25/21
at *(city and state)* Montgomery Co. Jail, Rockville.

Date: 06/25/21

*Arresting Officer's Signature*

J. Conley  SDUSM
*Printed Name and Title*